BRIDGET McAVOY, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued June 15, 1893; decided June 30, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made June 23, 1892, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Charles A. Pooley* for appellant.

*Filkins & Coe* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

LUCINDA WOODARD, Respondent, *v.* WILLIAM J. FOSTER, Appellant.

(Submitted June 15, 1893; decided June 30, 1893.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made May 13, 1892, which reversed a judgment in favor of defendant, entered upon the report of a referee, and granted a new trial.

*Geo. B. Jones* for appellant.

*Jerome Squires* for respondent.

Agree to affirm and for judgment absolute for plaintiff on stipulation on opinion of General Term.
All concur.
Order affirmed.